UTILITIES MUTUAL INSURANCE COMPANY et al., Appellants, *v.* EBSARY GYPSUM COMPANY, Respondent.

(Argued June 9, 1930; decided July 8, 1930.)

*Paul Folger* for appellants.

*Harlan W. Rippey* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN and HUBBS, JJ. Dissenting: KELLOGG and O'BRIEN, JJ.